## HOWARD I. WERTHEIM *v.* WEINSTEIN MORTUARY, INC., ET AL.
### (AC 16376)

Dupont, C. J., and Foti and Spear, Js.

Submitted on briefs June 10—officially released July 15, 1997

Per Curiam. The judgment is affirmed.